# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREY CAMP, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUALCOMM INCORPORATED et al.,<br><br>Defendants. | Case No.: 18-CV-1208-CAB-AHG<br><br>**ORDER GRANTING JOINT MOTION MODIFYING SCHEDULE RE SECOND AMENDED COMPLAINT**<br><br>**[Doc. No. 74]** |

This matter comes before the Court on the parties' Joint Motion for Order Modifying Schedule for Filing and Setting Schedule for Responding to Second Amended Complaint. Having considered the parties' Joint Motion and good cause appearing therefor:

The Court **GRANTS** the parties' Joint Motion and **ORDERS** the following:

1. Plaintiffs will file a Second Amended Complaint on or before **May 11, 2020**;

2. Defendants will answer or otherwise respond to the Second Amended complaint on or before **June 25, 2020**;

3. If Defendants move to dismiss the Second Amended Complaint, then Plaintiffs will file and serve their opposition (and any related pleadings) on or before **August 10, 2020**;

4. Defendants will file and serve their reply in support of their motion(s) to dismiss (and any related pleadings) on or before **September 9, 2020**; and

5. Per Chambers Rules, no oral argument unless separately ordered by the Court.

**IT IS SO ORDERED**.

Dated: March 24, 2020

Hon. Cathy Ann Bencivengo
United States District Judge