| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | Steven M. Strauss (99153) |
|   | (sms@cooley.com) |
| 3 | Koji F. Fukumura (189719) |
|   | (kfukumura@cooley.com) |
| 4 | Peter M. Adams (243926) |
|   | (padams@cooley.com) |
| 5 | Craig E. TenBroeck (287848) |
|   | (ctenbroeck@cooley.com) |
| 6 | 4401 Eastgate Mall |
|   | San Diego, CA 92121 |
| 7 | Telephone: (858) 550-6000 |
|   | Facsimile:  (858) 550-6420 |
| 8 | *Attorneys for Defendants Qualcomm* |
| 9 | *Incorporated, Steven M. Mollenkopf,* |
|   | *Paul E. Jacobs, Donald J. Rosenberg,* |
| 10 | *and Thomas W. Horton* |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM/BROADCOM MERGER SECURITIES LITIGATION | Case No. 3:18-cv-01208-CAB-AHG |
|---|---|
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |
| | Judge: Hon. Cathy A. Bencivengo |
| | Dept.:  4C |
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |


**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants Qualcomm Incorporated, Steven M. Mollenkopf, Paul E. Jacobs, Donald J. Rosenberg, and Thomas W. Horton (collectively, the "Defendants") hereby move the Court, pursuant to Rules 8, 9 and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing Plaintiffs' Second Amended Class Action Complaint (the "SAC") for failure to state a claim upon which relief can be granted. Defendants' motion is based on the following grounds: (1) Plaintiffs fail to adequately plead a materially false or misleading statement, or other fraudulent conduct; (2) Plaintiffs fail to adequately plead scienter; and (3) Plaintiffs fail to adequately plead loss causation.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities and Request for Judicial Notice, the Declaration of Peter M. Adams and attached exhibits, all pleadings and documents on file in this case, and on such further written and oral argument as may be presented at or before the time the Court takes this motion under submission.

Dated:   June 25, 2020          COOLEY LLP

By: /s/ *Koji F. Fukumura*
Koji F. Fukumura

*Attorneys for Defendants*
*Qualcomm Incorporated, Steven M.*
*Mollenkopf, Paul E. Jacobs, Donald J.*
*Rosenberg, and Thomas W. Horton*