

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| See Attachment | Civil Action No. 18-cv-1208-CAB-AHG |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For reasons stated on the record, the Motion to Dismiss the Second Amended Complaint is granted and dismissed with prejudice. Motion to strike is therefore denied as moot. Case Closed.

Date:   10/9/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Hazard

A. Hazard, Deputy

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 18-cv-1208-CAB-AHG

Carey Camp , Individually and on Behalf of All others Similarly Situated ; Sandesh Jadhav, Individually and on Behalf of All Others Similarly Situated ;Gatubhai Mistry;Gerald L. Koenig ;Leonard Brenner ; Vanessa D. Washington

Plaintiffs,

v.

Qualcomm Incorporated; Steven M. Mollenkopf ; George S. Davis; Paul E. Jacobs ; Donald J. Rosenberg ; Thomas W. Horton ; Bradley Leach

Defendants

_____

Gatubhai Mistry, Nancy Nga Nguyen; Anh Luu

Movants